FILED
CLERK, U.S. DISTRICT COURT

4/13/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER VLADIMIROVICH BRUSILOVSKY,<br><br>    Defendant. | No. 8:20-cr-00051-JVS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

    The United States Attorney charges:

                [18 U.S.C. § 1343]

A.    <u>THE SCHEME TO DEFRAUD</u>

    1.    Beginning in or around January 2016, and continuing to on or about September 12, 2019, in Orange County, within the Central District of California, and elsewhere, defendant ALEXANDER VLADIMIROVICH BRUSILOVSKY, knowingly and with the intent to defraud, devised and executed a scheme to defraud and obtain money from victims by means of materially false and fraudulent pretenses, representations, and promises, and the

concealment of material facts in connection with a counterfeit auto parts scheme.

2. In carrying out the scheme, defendant BRUSILOVSKY engaged in the following fraudulent and deceptive acts, practices, and devices, and made the following material omissions, among others:

    a. Defendant BRUSILOVSKY purchased counterfeit automotive parts from Chinese distributors and had them shipped to his residence in Foothill Ranch, California.

    b. Defendant BRUSILOVSKY then sold counterfeit automotive parts as Original Equipment Manufacturer ("OEM") automotive parts to consumers on eBay and PayPal.

    c. In doing so, defendant BRUSILOVSKY infringed the trademarks of automakers, such as Toyota and Honda, and sold substandard parts to customers who relied on defendant BRUSILOVSKY's representations that the parts were OEM automotive parts.

3. Through this scheme, defendant BRUSILOVSKY caused approximately $421,095.73 in loss.

B. **THE USE OF AN INTERSTATE WIRE**

4. On or about June 22, 2016, within the Central District of California, and elsewhere, defendant BRUSILOVSKY, for the purpose of executing the above-described scheme to defraud, caused the transmission, by means of wire communication in foreign commerce, of a $399 payment from defendant BRUSILOVSKY's PayPal Account in Foothill Ranch, California, to Zhong Zhi Hong in China for the purchase of counterfeit automotive parts.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially

diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

        NICOLA T. HANNA
        United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

        BRANDON D. FOX
        Assistant United States Attorney
        Chief, Criminal Division

        BENJAMIN R. BARRON
        Assistant United States Attorney
        Chief, Santa Ana Branch Office

        JENNIFER L. WAIER
        Assistant United States Attorney
        Deputy Chief, Santa Ana Branch Office